AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00182 |
| Steven Boyd Barber | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 7/25/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Steven Boyd Barber,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/25/2023

2023.07.25 12:14:20 -04'00'
Issuing officer's signature

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 07/26/23, and the person was arrested on *(date)* 07/31/23
at *(city and state)* SCRANTON, PA.

Date: 07/31/23

TFO
Arresting officer's signature

TFO ERIC JEMMITZ
Printed name and title