IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  1:23-mj-00182 |
| | : | |
| CRAMER, et. al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.2(c), Defendant Steven Boyd Barber moves for the admission and appearance of attorney Jason J. Mattioli, Esquire, filed herewith.  As set forth in Mr. Mattioli's declaration, he is admitted and an active member in good standing to the following courts and bars: the Commonwealth of Pennsylvania and the United States District Court for the Middle District of Pennsylvania. This motion is supported and signed by Michael E. Lawlor, Esquire, an active and sponsoring member of the Bar of this Honorable Court.

Date: September 29, 2023                                          Respectfully submitted,

_____/s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 459767
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044
mlawlor@verizon.net