# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CR. 1:23-MJ-00182-RMM |
| vs. : | |
| : | |
| ESVETLANA CRAMER and : | (FILED ELECTRONICALLY) |
| STEVEN BOYD BARBER, : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Jason J. Mattioli, Esquire of the Mattioli Law Firm for Defendant, **STEVEN BOYD BARBER** only, in the above-captioned case.

Respectfully submitted:

**THE MATTIOLI LAW FIRM**

_____
JASON J. MATTIOLI, ESQUIRE
PA Attorneys ID: 88766
Attorney for Defendant
425 Biden Street, Suite 300
Scranton, PA 18503
Phone: 570-880-7389
Fax: 570-880-7352
Jaylaw344@yahoo.com

Date: October 26, 2023

**CERTIFICATE OF SERVICE**

      This is to certify that on this 26th day of October 2023, the foregoing document was electronically filed with the Clerk of the United States District Court for the Middle District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

                                THE MATTIOLI LAW FIRM

                                _____
                                JASON J. MATTIOLI, ESQUIRE
                                PA Attorneys ID: 88766
                                Attorney for Defendant
                                425 Biden Street, Suite 300
                                Scranton, PA 18503
                                Phone: 570-880-7389
                                Fax: 570-880-7352
                                Jaylaw344@yahoo.com